An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN LAWRENCE MEIRING,
                    Appellant,
        vs.
CITY OF RENO,
                    Respondent.

No. 68051

**FILED**

JUL 0 1 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying an application for writ of mandamus. Second Judicial District Court, Washoe County; Jerome Polaha, Judge.

Our review of this appeal reveals a jurisdictional defect. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). No statute or court rule provides for an appeal from an order denying an application for writ of mandamus. Accordingly, we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____, J.
    Parraguirre

_____, J.        _____, J.
Douglas                             Cherry

15-20046

cc: Hon. Jerome Polaha, District Judge
Jonathan Lawrence Meiring
Reno City Attorney
Washoe District Court Clerk